**Order entered January 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00948-CV

## IN RE KNL TRANSPORTATION, INC., Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17408**

## ORDER
Justices Myers, Molberg, and Goldstein

Before the Court is relator's October 29, 2020 petition for writ of mandamus in which relator challenges the trial court's order granting the plea in abatement. The Court requests that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **January 28, 2021**.

/s/     KEN MOLBERG
        JUSTICE